UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PERRY BALSLEY and GEORGIA BALSLEY, )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>PAUL KUSBACH, )<br>)<br>Defendant ) | CAUSE NO. 3:02-CV-37 RM |

ORDER

On July 27, 2004, the court convened what was to be a final pretrial conference. William Wilson appeared for the plaintiffs; Paul Kusbach appeared for himself telephonically from the Federal Correctional Institution in Morgantown, West Virginia. The parties explained that they were close to settling and that vacating the upcoming trial date would improve the chances of settlement. Finding good cause in the form of the potential settlement, the court VACATED the trial set for August 16. Since there is no guarantee that the parties will settle, the court SET a final pretrial conference for **October 14, 2004 at 9:00 a.m.** and a three-day jury trial for **November 8, 2004 at 9:30 a.m. [South Bend time].**

SO ORDERED.
ENTERED: July 28, 2004

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   W. Wilson
      P. Kusbach