UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| PERRY AND GEORGIA BALSLEY, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Cause No. 3:02-CV-37 RM |
| vs. | ) | |
| | ) | |
| PAUL KUSBACH, | ) | |
| | ) | |
| Defendant | ) | |

ORDER

This cause comes before the Court on the Plaintiffs' verified motion to continue the final pretrial conference and trial, set for October 14, 2004, and November 8, 2004, respectively. The Plaintiffs' attorney represents that the parties are engaged in negotiations to settle this case, and the Court finds that the interests of justice would be served by continuing the final pretrial conference and trial date.

IT IS THEREFORE ORDERED that the motion to continue [Docket No. 55] is GRANTED. The October 14, 2004 final pretrial conference and November 8, 2004 trial dates are hereby VACATED, and the clerk of the court is ORDERED to mark this action closed for statistical purposes. The court shall retain jurisdiction and this case shall be restored to the trial docket upon motion of either party. This order shall not prejudice the rights of the parties to this litigation.

SO ORDERED.

ENTERED:  October 7, 2004

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
United States District Court