RECEIVED

SEP 1 8 2008

U.S. District Court
Judge Nuechterlein's Chambers
SOUTH BEND, INDIANA

September 15, 2008

Judge Christopher Nueterlein
204 Robert A. Grant Courthouse SE
South Bend, Indiana 46601

Dear Judge Nueterlein,

My name is Georgia Balsley. I am sure you don't remember me but you will remember the federal case Balsley v Kusbach. I am writing you now that Mr. Kusbach has been released from federal prison. We had met in your chambers to come to a resolution to settle my case. I was asking for $150,000, for restitution and suffering imposed on myself and my family. It was my family that almost lost everything, lived in a homeless shelter, was coerced to sign additional documents after retaining Mr. Kusbach to represent me so that he would be paid more money, and used the money that I would have received for over 3 years before he paid some of the claimant's in which that money was to be used for.

I am asking you Judge to help me in finally resolving this matter. He was ordered to pay all his victims back. I can understand that he was in prison, but now that he has been released he should be required to fulfill his obligation in making restitution to his victims.

The damage that was done to our family is not over; we still deal with the debt of medical bills and our credit. I am asking you Judge, please let me know how this can be settled once and for all.

Thank you so much for your time and consideration.

Sincerely,

Georgia Balsley