**United States District Court**
Northern District of Indiana
204 S. Main Street
South Bend, Indiana 46601

Chambers of
Christopher A. Nuechterlein
Magistrate Judge

Telephone (574) 246-8100
Fax (574) 246-8106

September 18, 2008

Ms. Georgia Balsley
P.O. Box 236
Union City, MI 49094

Re:  3:02cv37 - Balsley, et al. v Kusbach RLM
     3:03cr111 USA v. Paul B. Kusbach AS

Dear Ms. Balsley:

I have your letter of September 15, 2008, and have ordered it filed.

With respect to your settlement conference, my records indicated that I conducted a settlement conference with you and your attorney, Patrick O'Leary and Mr. Kusbach and his attorney, John D. LaDue. My notes reflect that a settlement was received. If you wish to seek collection and/or enforcement of the settlement agreement, I would direct you to your attorney Mr. Patrick O'Leary for advice and counsel. I cannot give you any legal advice on how to proceed with respect to your civil claim.

With regard to the order of restitution which was entered by the court in the criminal prosecution of Mr. Kusbach, I would suggest you contact the Probation Department of this court and inform them that you have not received monies ordered to be paid to you as a result of the restitution order. You may also wish to contact Ms. Sally Haviar, the Victims Witness Coordinator of the U.S. Attorneys office at 219-937-5500, who may also be able to help you regarding the order of restitution.

I hope this is helpful.

Sincerely,

S/Christopher A. Nuechterlein

Christopher A. Nuechterlein
United States Magistrate Judge

CAN/mlf

cc:  Sally Haviar, Victim Witness Coordinator
     U.S. Attorneys Office
     5400 Federal Plaza, Suite 1500
     Hammond, IN 46320